UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HOWARD FLEISHMAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CONTINENTAL CASUALTY COMPANY )<br>)<br>Defendant. ) | Case No. 2009 CV 00414<br><br>Judge EDMUND CHANG |

## APPELLANT'S CIRCUIT RULE 3(C) AND RULE 24 (A)(4) DOCKETING AND JURISDICTIONAL STATEMENT

1. Prior or related appellate proceedings in this case.

   NONE

2. Prior litigation between the parties to the district court not appealed.

   NONE

3. JURISDICTIONAL STATEMENT

   A. Jurisdictional Basis

1. Jurisdiction of this case in the District Court was invoked pursuant to the Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. § 621, *et seq.*, and the Americans With Disabilities Act (ADA), 42, U.S.C. § 12101, *et seq.* The court had subject matter jurisdiction in this federal question case under 28 U.S.C. § 1331.

2. Venue was proper under 29 U.S.C. § 1391 (c) as both parties were residents of this jurisdictional district and the acts complained of occurred here.

   B. The date of entry of the judgment or decree sought to be reviewed.

   The date of the entry of the order being appealed is November 22, 2011, and the Notice of Appeal was filed within 30 days of the date of the entry of that order

   C. The filing date of any motion for a new trial or alteration of judgment.

   This appeal arises on a grant of a motion for summary judgment. As such there was no motion for a new trial or alteration of judgment.

D. Disposition of such motion and the date of its entry.

Not applicable.

E. Filing date of the notice of appeal.

December 9, 2011.

F. If the case is a direct appeal from a decision of a magistrate judge, the dates on which each party consented in writing to the entry of a final judgment by the magistrate judge.

Not applicable

G. State whether the appeal is from an order other than a final judgment.

Not applicable. This appeal is from a final order granting summary judgment.

December 19, 2011

    Respectfully submitted,
    CLARK HILL PLC

    By: /s/ L. Steven Platt
        L. Platt, Esq. (3122005)
        CLARK HILL PLC
        150 N. Michigan, Suite 2700
        Chicago IL 60601
        (312) 985-5943
        (312) 985-5981 direct fax
        splatt@clarkhill.com

    Attorneys For Howard Fleishman